UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DAMION LAMONT HARRIS,

      Defendant.

_____/

CR NO. S-08-0554 WBS

ORDER

----oo0oo----

Defendant has filed a Motion for Reduction of Sentence, pursuant to Title 18 U.S.C. §§ 3582(c)(2) and 3553(A)(Docket No. 91). The United States shall file its response to the motion on or before July 25, 2013. Defendant may file a reply on or before August 26, 2013. The motion will thereupon be taken under submission.

IT IS SO ORDERED.

DATED: June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE