```
1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CRS 2:08-00554 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | GOVERNMENT'S MOTION AND [PROPOSED] ORDER FOR AN |
| v. | ) ) | EXTENSION TO FILE RESPONSE TO DEFENDANT'S MOTION TO REDUCE |
| DAMION LAMONT HARRIS, | ) ) | SENTENCE |
| Defendant. | ) ) | |

  The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits this motion to revise the briefing schedule to allow the Government additional time to file its response to defendant's motion to reduce sentence for the following reasons:

  1. Counsel for the government needs additional time to retrieve and review the closed file from archives.

  2. Counsel for the government is currently in trial in the case of **United States v. Khan**, CRS. 10-175 KJM, which began on July 23, 2013 and is expected to last approximately two weeks

1

Accordingly, the government respectfully requests that the briefing schedule be modified and the government be given to August 16, 2013 to file its response to defendant's motion to reduce sentence as follows;

    1.   Government's response shall be filed no later than August 16, 2013.

Respectfully submitted,

DATED:    July 25, 2013        BENJAMIN B. WAGNER
                                          United States Attorney

                                 By:   /s/ William S. Wong
                                       WILLIAM S. WONG
                                       Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S.  WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. CRS 2:08-00554 WBS
                                 )
12                  Plaintiff,   )  ORDER TO RESET
                                 )  BRIEFING SCHEDULE
13  v.                           )
                                 )
14  DAMION LAMONT HARRIS,        )
                                 )
15                  Defendant.   )
                                 )
16  _____ )
17
18       For the reasons set forth above, the revised briefing schedule
19  is adopted.  The government's requests to file its response to
20  defendant's motion to reduce sentence by August 16, 2013 is hereby
21  granted.
22
23  DATED:  July 25, 2013
24                         _____
25                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
26
27
28
```